UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                     Case No. 18-cr-20673
                                                   Hon. Matthew F. Leitman

MICHAEL GRANT,

    Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 3)

Defendant Michael Grant has filed a motion for early termination of supervised release. After reviewing the motion, the Court learned that Grant violated his conditions of supervised release by leaving this judicial district without appropriate permission and by using marijuana. The marijuana use appears to be recent and recurring. In light of these violations, the Court declines to terminate Grant's supervised release early. Moreover, the Court concludes that Grant would benefit from continued drug testing and drug treatment, and that is another reason to continue his supervised release. Accordingly, Grant's motion for early termination of supervised release is DENIED.

    **IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
